IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF __Florida__
__Orlando__ DIVISION
(Write the District and Division, if any, of the
court in which the complaint is filed.)

__Bernard Pew__

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

__The Circuit Court of Seminole County, et al, Office of the Public Defenders for Seminole County, Michael Schoenling__

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No. __6:21-cv-268-ORL-31GJK__
(to be filled in by the Clerk's Office)

Jury Trial:  ☑ Yes  ☐ No
(check one)

State Court # 2004-CF000059-A

FILED 21 FEB -8 PM 2:39
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Bernard Pew
   All other names by which you have been known: _____

   ID Number: F1214585
   Current Institution: Osceola County Jail
   Address: 402 Simpson Rd
   Kissimmee, FL, 34744

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: The Circuit Court of Seminole County, et al.
   Job or Title (if known): _____
   Shield Number: _____
   Employer: _____
   Address: _____

   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name: Office of The Public Defenders

2

Job or Title (if known): Legal Assistance for defendant

Shield Number: _____

Employer Address: 101 Eslinger Way Sanford FL 32771

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Michael Schomberg
Job or Title (if known): Assistant Public Defender
Shield Number: Unknown
Employer: Office of The Public Defender
Address: 101 Eslinger Way Sanford, Fla 32771

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: _____
Job or Title (if known): _____
Shield Number: _____
Employer: _____
Address: _____

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Constitutional Rights as Citizen of United States, Right to Due Process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Circuit Court of Seminole Co, though its Court Officials and Office of the Public Defender, permitted defendant to serve more than Statutory Maximum for offense that carries only 5yr Maximum.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

**IV.  Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On March 26, 2010 Circuit Court of Seminole Co., through Judge O.H. Eaton sentenced plaintiff to 5yr Supervised Probationary sentence for DWLS, but at time of sentence movant time served credits exceeded 5yr maximum!

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C.  What date and approximate time did the events giving rise to your claim(s) occur?

March 7, 2004 movant/defendant was arrested for DWLS Habitual!

D.  What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On March 26, 2010, sentence of Probation was illegal, due to time already served credits expired 5yr maximum! On May 17, 2019 Michael Schoenberg failed to petition Court as movants attorney to end probationary sentence as being illegal on that date as well on Oct. 21, 2019!

5

So Probationary Sentence for DWLS (Habitual) Was alleged, Due to Time served Credits, incarcerated and/or Supervised probation did Over Exceed 5yr Statutory Maximum required by Fla. Law!

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

This movant served additional Time, Due to Public Defenders Office as Well as Court officers Judge & State Attorney office failure to recognize movants Pleas to This Court Concerning Time served Credits Superseded 5yr Maximum. So Time spent incarcerated and on Probation Robbed movant of his Liberties to be a free Citizen, then Causing Mental Duress, Under the pretense by said Court That it Wanted to monitor movant, Even though probation was exceeding 5yr Statutory maximum required by Fla. Law!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Want this Court to award the movant, for every day spent Incarcerated or on Probation That movant served that Superseded the 5yr maximum required by Fla. Law for Offense of DWLS (Habitual). Amount movant is not Certain, Due to he has not been in Current situation before. Therefore Court may have to determine any Monetary Award To end Probationary Sentence also!

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: Cause is Criminal Court matter and did not arise for from issues in jail or prison.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The records of the proceedings in the Circuit Court of Seminole County Court Case # 2004-CF-000954-A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Demarii Pew

   Defendant(s) Judge Jessie Reckwerdler, Melaine Chase

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Middle District of Fla, Orlando Division

3. Docket or index number

   6:21-CV-33-Orl-18DCZ

4. Name of Judge assigned to your case

   Daniel C Irick

5. Approximate date of filing lawsuit

   Jan 8th, 2021

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. Jan 27, 2021

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed, Due to motion failed to State A Claim on filing.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) Demani Pew
    Defendant(s) Jennie J. Rockseidler, Melwins Chaos, State Attorney fro SemCo

2. Court *(if federal court, name the district; if state court, name the county and State)*

    Meddle District of Fla Orlando Division

3. Docket or index number

    6:21-CV-33-OH-18OCZ

4. Name of Judge assigned to your case

    Daniel C cluck

5. Approximate date of filing lawsuit

    Jan 4, 2021

6. Is the case still pending?

    ☐ Yes

    ☒ No

11

If no, give the approximate date of disposition. Jan 27, 2021

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Failed to State A Claim

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 4th, 2021.

Signature of Plaintiff   Bernard Pew
Printed Name of Plaintiff   Bernard Pew
Prison Identification #   P14535
Prison Address   402 Simpson Rd
Kissimmee                          FL           34744
    City                                State       Zip Code

### B. For Attorneys

Date of signing: Feb 4th, 2021.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____

12

Address        _____
Telephone Number _____
E-mail Address _____